# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1032. BRUCE ROSE v. LENNOX INTERNATIONAL, INC. d/b/a HEATCRAFT REFRIGERATION PRODUCTS.**

Bruce Rose appeals the trial court's order granting Lennox International, Inc.'s motion for summary judgment and awarding judgment against Rose in the amount of $5,000.00. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000.00 or less, an application for discretionary appeal is required." *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865 (420 SE2d 810) (1992) (citing OCGA § 5-6-35 (a) (6)) (punctuation omitted). As the total judgment in favor of Lennox International is less than $10,000.00, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar*, 204 Ga. App. at 865-866. Rose's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider his appeal, which is hereby DISMISSED. See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/14/2017*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*